## STATE *v.* INGALLS.

A crime, not capital nor punishable by imprisonment for more than a year, may be charged in an information.

In the absence of the attorney-general, the solicitor of the county may file an information.

The averment of time in an information, as in indictments, must be of a day certain before the time of filing the information, and within the period in which by the statute of limitations the offence is punishable.

INFORMATION, for being a common seller of spirituous liquor, filed during the April term, 1879, by the county solicitor, and alleging the offence to have been committed "on the 17th day of May in the year aforesaid, as well as on divers days and times before that day, and within one year prior to the filing of this information." Motion to quash the information.

*A. F. L. Norris,* for the respondent.

*Greene,* solicitor, for the state.

ALLEN, J.   The offence charged was one for which the penalty was not death, nor imprisonment for more than one year, and might be charged by information.  G. L., *c.* 260, *ss.* 1, 10; *State* v. *Dover,* 9 N. H. 468.  In the absence of the attorney-general, the solicitor was the proper officer to sign and present the information. G. L., *c.* 16, *s.* 5.  The offence charged was continuing in its nature, and might be alleged with a continuando.  1 Bish. Cr. Pr. 392, 397; Bish. St. Of. 722; *Hinson* v. *The State,* 7 Mo. 244.  A day certain, within the time limited by law for the recovery of a penalty, and prior to the filing of the information, must be stated. *State* v. *Pratt,* 14 N. H. 456; *State* v. *Caverly,* 51 N. H. 446; *Com.* v. *Doyle,* 110 Mass. 103; *State* v. *Davidson,* 36 Tex. 325; 1 Arch. Cr. Pl. 257; 2 Hawk. P. C., *c.* 25, *s.* 77.  The averment of time in the information was of a day certain.  If that day was prior to the filing of the information, it was sufficient.

*Case discharged.*

BINGHAM, J., did not sit: the others concurred.